**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. _____**
**Circuit Court Case No.: CACE-2024-014989**

**CONCEPCION DURAN and**
**ALDEN BRUTUS,**

      **Plaintiffs,**

**v.**

**WALGREEN CO., WALGREENS BOOTS**
**ALLIANCE, INC., WALGREEN PHARMACY**
**SERVICES MIDWEST, LLC, GEORGIA**
**LEHOCZKY, individually, NIVIA SANTIAGO,**
**individually, and BRUEL FRANCOIS, individually,**

      **Defendants,**

_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, WALGREEN CO., WALGREENS BOOTS ALLIANCE, INC., WALGREEN PHARMACY SERVICES MIDWEST, LLC, GEORGIA LEHOCZKY, NIVIA SANTIAGO, and BRUEL FRANCOIS (collectively "Defendants"), through their undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of the above-styled action filed by Plaintiffs, CONCEPCION DURAN and ALDEN BRUTUS (hereinafter "Plaintiffs"), from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, to this Court. Defendants submit the following short and plain statement of the grounds for removal, in accordance with 28 U.S.C. § 1446(a), which shows that removal is proper in this case:

1. On October 17, 2024, Plaintiffs filed a Complaint against Defendants in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. (Compl.).

The Clerk of that Court assigned Case No. CACE-2024-014989 to this action.

2. Plaintiffs served Defendants with a Summons and a copy of the Complaint (Compl.) on January 30, 2025. (See Exhibit A.)

3. Plaintiffs' Complaint purports to set forth three counts against Defendants for alleged violations of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. 201, et seq., and the Florida Minimum Wage Act (the "FMWA"), Fla Stat. § 448.110, (Compl. ¶¶ 27–41), as well as defamation (Compl. ¶¶ 42–47).

4. The Court has original jurisdiction over this action over civil actions arising under the Constitution, laws, or treaties of the United States. See 28 U.S.C. § 1331. In this case, the Court has original jurisdiction over this action because Plaintiffs allege violations of the FLSA. See 28 U.S.C. § 1331. It also has supplemental jurisdiction over the alleged violations of the FMWA and defamation claim contained in the Complaint. See 28 U.S.C. § 1367. Therefore, this action is properly removable under 28 U.S.C. § 1331, § 1367, and § 1441(a), which allows for removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

5. Venue is proper in this Court under 28 U.S.C. § 1391(b) and 1441(a).

6. A complete copy of all pleadings filed in the Circuit Court of the Seventeenth Judicial Circuit has been filed simultaneously with this Notice of Removal.

7. Defendants have provided written notice of the removal to Plaintiffs, and, contemporaneously with this Notice, Defendants are filing the Notice of Filing Notice of Removal in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit B.

8. Walgreens consents to the removal of this action.

9.      Defendants will respond to Plaintiffs' Complaint in this Court in accordance with Rules 8, 12, and 81 of the Federal Rules of Civil Procedure.

10.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days after receipt of Plaintiffs' Complaint through service or otherwise.

WHEREFORE, Defendants respectfully request that this Court assume jurisdiction over this matter for all further proceedings.

Dated this 3rd day of March, 2025.

Respectfully submitted,

*/s/Gregory A. Hearing*
Gregory A. Hearing
*Lead Counsel*
Florida Bar No. 817790
Kevin M. Sullivan
Florida Bar No. 1003812
BUSH GRAZIANO RICE & HEARING, P.A.
100 S. Ashley Drive, Suite 1400
Tampa, Florida 33602
Telephone: 813-228-7000
Facsimile: 813-273-0091
Primary: ghearing@bgrhlaw.com;
ksullivan@bgrhlaw.com
Secondary: mmcleod@bgrhlaw.com;
arobbins@bgrhlaw.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of March, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CMECF system, and a true and correct copy of the foregoing was sent by electronic mail and U.S. Mail, to the following:

Douglas C. Broeker
SWEETAPPLE, BROEKER & VARKAS, P.L.
12700 Biscayne Blvd., Suite 402

Miami, Florida 33181-2024
doug@broekerlaw.com

Devand A. Sukhdeo
DEVAND A. SUKHDEO, ESQ.
1305 Anhinga Drive
Wellington, Florida 33414-5056
dev@sukhdeo.net

ATTORNEYS FOR PLAINTIFFS

*s/ Gregory A. Hearing*
Attorney